# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **MICHAEL R. LAUNIUS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:09-CV-501** |
| | ) | **(Phillips)** |
| **WELLS FARGO BANK, N.A. and** | ) | |
| **WILSON & ASSOCIATES, P.L.L.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motion to Dismiss by defendant Wells Fargo, N.A. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Michael R. Launius take nothing, that plaintiff's claims be **DISMISSED WITH PREJUDICE**, and that the defendants recover of the plaintiff their costs of action.

Dated at Knoxville, Tennessee, this _____ day of August, 2010.

 

_____s/ Patricia L. McNutt_____
Clerk of Court